UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAVIS LAMONE BENJAMIN,

    Plaintiff,

v.                                          Case No. 3:23cv5400-MCR-HTC

JONATHAN ISAAC ROTSTEIN,

    Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 15, 2023 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record,[1] I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

---

[1] Plaintiff's response, see ECF No. 6, is untimely, but even considering it under *de novo* review, the Court's decision would be the same.

2. This case is DISMISSED WITHOUT PREJUDICE because the Court does not have subject-matter jurisdiction over Plaintiff's claims.

3. The clerk shall close the file.

**DONE AND ORDERED** this 26th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**